UNITED STATES BANKRUPTCY COURT

DISTRICT OF Hartford

In Re. W/L Properties L.L.C. §
§
§
Debtor(s) §

Case No. 26-20444

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2026

Petition Date: 05/01/2026

Months Pending: 3

Industry Classification: 0

Reporting Method: Accrual Basis ◉ Cash Basis ○

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Stephen C Larson
Signature of Responsible Party

Stephen C Larson Member / Manager
Printed Name of Responsible Party

08/20/2026
Date

982 Jerome Ave. Bristol, CT 06010
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name W/L Properties L.L.C. Case No. 26-20444

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $194,518 | |
| b. | Total receipts (net of transfers between accounts) | $101,351 | $209,878 |
| c. | Total disbursements (net of transfers between accounts) | $9,286 | $72,693 |
| d. | Cash balance end of month (a+b-c) | $286,582 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $9,286 | $72,693 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $218,631 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $170,224 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $14,218,631 |
| e. | Total assets | $14,218,631 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $153,202 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $153,202 |
| k. | Prepetition secured debt | $9,599,188 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $813,969 |
| n. | Total liabilities (debt) (j+k+l+m) | $10,566,359 |
| o. | Ending equity/net worth (e-n) | $3,652,272 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $101,351 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $101,351 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $4,722 | |
| f. | Other expenses | $50,000 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $153,202 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-106,573 | $12,340 |

Debtor's Name W/L Properties L.L.C. Case No. 26-20444

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name W/L Properties L.L.C. Case No. 26-20444

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name W/L Properties L.L.C. Case No. 26-20444

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name W/L Properties L.L.C. Case No. 26-20444

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name W/L Properties L.L.C. Case No. 26-20444

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name W/L Properties L.L.C. Case No. 26-20444

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | | |
|---|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ No ● | | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ● | | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ No ● | | |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ | | |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ | | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ | | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● | | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ● | | |
| i. | Do you have: Worker's compensation insurance? | Yes ○ No ● | | |
| | If yes, are your premiums current? | Yes ○ No ○ N/A ● | (if no, see Instructions) | |
| | Casualty/property insurance? | Yes ● No ○ | | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) | |
| | General liability insurance? | Yes ● No ○ | | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) | |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● | | |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● | | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ | | |

Debtor's Name W/L Properties L.L.C. Case No. 26-20444

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Stephen C Larson | Stephen C Larson |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Member / Manager | 08/20/2026 |
| Title | Date |

Debtor's Name W/L Properties L.L.C. Case No. 26-20444

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

PageThree

PageFour

3:06 PM
08/20/26
Accrual Basis

# W/L Properties llc.
## Profit & Loss
### July 2026

| | Jul 26 | |
|---|---|---|
| Ordinary Income/Expense | | |
| Income | | |
| Adjustment income | | 608.44 |
| CAM and Tax Charges reimbursed | | |
| Chili's Cam and taxes | 1,943.33 | |
| GF Fitness Cam and taxes | 26,855.89 | |
| Sonic Cam and taxes | 283.84 | |
| Starling CAM and Taxes | 1,318.04 | |
| Total CAM and Tax Charges reimbursed | | 30,401.10 |
| Rental Income | | |
| Chili's Rent | 11,958.33 | |
| GF Fitness Rent | 35,000.00 | |
| Sonic's Rent | 8,873.33 | |
| Starling Physicians Rent | 14,509.33 | |
| Total Rental Income | | 70,340.99 |
| Total Income | | 101,350.53 |
| Gross Profit | | 101,350.53 |
| Expense | | |
| Bank Service Charges | | 3.00 |
| Bankrupcy fees | | 250.00 |
| Bookkeeping | | 4,240.00 |
| Insurance Expense | | |
| General Liability Insurance | 4,722.00 | |
| Total Insurance Expense | | 4,722.00 |
| Rent Expense | | |
| Cam Sweeping - Superior | 320.00 | |
| Cam Maintenance - Pro Excavatio | 8,726.20 | |
| Cam Utilities - Eversourse | 240.10 | |
| Total Rent Expense | | 9,286.30 |
| Taxes - Property | | 153,202.00 |
| Travel Expense | | 2.15 |
| Total Expense | | 171,705.45 |
| Net Ordinary Income | | -70,354.92 |
| Other Income/Expense | | |
| Other Expense | | |
| M&T Adequate Protection | | 50,000.00 |
| Total Other Expense | | 50,000.00 |
| Net Other Income | | -50,000.00 |
| Net Income | | **-120,354.92** |

3:07 PM
08/20/26
Accrual Basis

# W/L Properties llc.
# Balance Sheet
## As of July 1, 2026

| | Jul 1, 26 |
|---|---|
| ASSETS | |
| Current Assets | |
| Checking/Savings | |
| Bank of America | 0.01 |
| Charles Schawb | -0.06 |
| M&T Bank Acct 1808 | 64.39 |
| M&T Bank Checking account 3551 | 3.00 |
| TD Bank DIP operating account | 57,566.34 |
| TD bank DIP Tax account | 136,884.24 |
| Total Checking/Savings | 194,517.92 |
| Accounts Receivable | |
| Accounts Receivable | 170,224.43 |
| Total Accounts Receivable | 170,224.43 |
| Other Current Assets | |
| Acccounts receivable | -1,003.00 |
| Total Other Current Assets | -1,003.00 |
| Total Current Assets | 363,739.35 |
| Fixed Assets | |
| Accum Deprecition Improvements | -5,805,819.58 |
| Accumulated depreatedation Buil | -1,840,687.16 |
| Aculmalated amortegation lease | -501,113.46 |
| Buildings | 4,798,293.19 |
| Buildings Starling | 1,064,359.80 |
| Improvements LAF | 983,701.64 |
| Improvements Starling | 99,679.70 |
| Inprovements | 5,629,849.01 |
| LAF Gym equipment | 277,001.34 |
| Land | 1,946,250.00 |
| Land Improvements Starling | 230,000.00 |
| Lease Costs | 399,315.48 |
| Other fixed assets | 1,064.39 |
| Refinance Cost | 85,245.00 |
| Signs and Fenceing | 13,173.64 |
| Total Fixed Assets | 7,380,312.99 |
| Other Assets | |
| Closing Cost Peoples United ATI | 40,808.93 |
| Total Other Assets | 40,808.93 |
| TOTAL ASSETS | **7,784,861.27** |
| LIABILITIES & EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 8,127.93 |
| Total Accounts Payable | 8,127.93 |
| Other Current Liabilities | |
| Loan account Peoples Bank | -98,426.66 |
| Loan M&T Comm | 98,426.66 |
| Loan M&T comm CD | 8,074,624.46 |
| Notes payable Ralph Larson | -7,796.00 |
| Stephen Wasley Loan | 812,300.00 |
| Total Other Current Liabilities | 8,879,128.46 |
| Total Current Liabilities | 8,887,256.39 |

3:07 PM
08/20/26
Accrual Basis

# W/L Properties llc.
## Balance Sheet
### As of July 1, 2026

| | Jul 1, 26 |
|---|---|
| **Total Liabilities** | 8,887,256.39 |
| **Equity** | |
| Member Capital Dana Wasley | -44,802.00 |
| Member Capital Joann Larson | -62,334.00 |
| Member Capital Karen Walsey | -105,225.00 |
| Member Capital Peter Wasley | -44,451.00 |
| Member Capital Ralph Larson | -244,806.00 |
| Member Capital Robin Wasley | -43,444.00 |
| Member Capital Steve Larson | -246,128.00 |
| Member Capital Steve Wasley | -171,119.00 |
| Member Captial Noah Wasley | -44,450.00 |
| Retained Earnings | -188,363.80 |
| Net Income | 92,727.68 |
| **Total Equity** | -1,102,395.12 |
| **TOTAL LIABILITIES & EQUITY** | **7,784,861.27** |

3:07 PM
08/20/26
Accrual Basis

# W/L Properties llc.
## Balance Sheet
### As of July 31, 2026

| | Jul 31, 26 |
|---|---|
| ASSETS | |
| Current Assets | |
| Checking/Savings | |
| Bank of America | 0.01 |
| Charles Schawb | -0.06 |
| M&T Bank Acct 1808 | 64.39 |
| TD Bank DIP operating account | 7,065.15 |
| TD bank DIP Tax account | 43,366.24 |
| Total Checking/Savings | 50,495.73 |
| Accounts Receivable | |
| Accounts Receivable | 170,224.43 |
| Total Accounts Receivable | 170,224.43 |
| Other Current Assets | |
| Acccounts receivable | -1,003.00 |
| Total Other Current Assets | -1,003.00 |
| Total Current Assets | 219,717.16 |
| Fixed Assets | |
| Accum Deprecition Improvements | -5,805,819.58 |
| Accumulated depreatedation Buil | -1,840,687.16 |
| Aculmalated amortegation lease | -501,113.46 |
| Buildings | 4,798,293.19 |
| Buildings Starling | 1,064,359.80 |
| Improvements LAF | 983,701.64 |
| Improvements Starling | 99,679.70 |
| Inprovements | 5,629,849.01 |
| LAF Gym equipment | 277,001.34 |
| Land | 1,946,250.00 |
| Land Improvements Starling | 230,000.00 |
| Lease Costs | 399,315.48 |
| Other fixed assets | 1,064.39 |
| Refinance Cost | 85,245.00 |
| Signs and Fenceing | 13,173.64 |
| Total Fixed Assets | 7,380,312.99 |
| Other Assets | |
| Closing Cost Peoples United ATI | 40,808.93 |
| Total Other Assets | 40,808.93 |
| TOTAL ASSETS | **7,640,839.08** |
| LIABILITIES & EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 8,127.93 |
| Total Accounts Payable | 8,127.93 |
| Other Current Liabilities | |
| Loan account Peoples Bank | -98,426.66 |
| Loan M&T Comm | 98,426.66 |
| Loan M&T comm CD | 8,074,624.46 |
| Notes payable Ralph Larson | -7,796.00 |
| Stephen Wasley Loan | 812,300.00 |
| Total Other Current Liabilities | 8,879,128.46 |
| Total Current Liabilities | 8,887,256.39 |
| Total Liabilities | 8,887,256.39 |

3:07 PM
08/20/26
Accrual Basis

# W/L Properties llc.
## Balance Sheet
### As of July 31, 2026

| | Jul 31, 26 |
|---|---|
| Equity | |
| Member Capital Dana Wasley | -44,802.00 |
| Member Capital Joann Larson | -62,334.00 |
| Member Capital Karen Walsey | -105,225.00 |
| Member Capital Peter Wasley | -44,451.00 |
| Member Capital Ralph Larson | -244,806.00 |
| Member Capital Robin Wasley | -43,444.00 |
| Member Capital Steve Larson | -246,128.00 |
| Member Capital Steve Wasley | -171,119.00 |
| Member Captial Noah Wasley | -44,450.00 |
| Retained Earnings | -188,363.80 |
| Net Income | -51,294.51 |
| Total Equity | -1,246,417.31 |
| TOTAL LIABILITIES & EQUITY | 7,640,839.08 |

00009693 22364 0002-0002 DIDS1548D01708004226 00 L 00009693

M&T Bank



## COMMERCIAL SAVINGS 15004506991808

### Account Summary

**Account Title:** W L PROPERTIES LLC

| | |
|---|---|
| **Beginning Balance:** | **$64.39** |
| (+) Deposits & Other Credits | $0.00 |
| (-) Withdrawals & Other Debits | $0.00 |
| (-) Service Charges | $0.00 |
| **Ending Balance:** | **$64.39** |

### Interest Activity

| Annual Interest Rate | Beginning Date | Ending Date |
|---|---|---|
| 0.00% | 06/30/2026 | 07/31/2026 |

### Account Activity

| Posting Date | Transaction Description | Deposits & Other Credits (+) | Withdrawals & Other Debits (-) | Daily Balance |
|---|---|---|---|---|
| 07/01/2026 | Beginning Balance | | | $64.39 |
| **Ending Balance:** | | | | **$64.39** |

3:48 PM

08/18/26

# W/L Properties llc.
## Reconciliation Summary
### M&T Bank Acct 1808, Period Ending 07/31/2026

| | | Jul 31, 26 |
|---|---|---|
| Beginning Balance | | 64.39 |
| Cleared Balance | | 64.39 |
| Uncleared Transactions | | |
| Deposits and Credits - 32 items | 0.00 | |
| Total Uncleared Transactions | 0.00 | |
| Register Balance as of 07/31/2026 | | **64.39** |
| Ending Balance | | 64.39 |

3:48 PM

08/18/26

# W/L Properties llc.
## Reconciliation Detail
### M&T Bank Acct 1808, Period Ending 07/31/2026

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 64.39 |
| Cleared Balance | | | | | | 64.39 |
| **Uncleared Transactions** | | | | | | |
| **Deposits and Credits - 32 items** | | | | | | |
| Bill | 10/24/2017 | 13640... | M&T Bank | | 0.00 | 0.00 |
| Check | 05/24/2018 | 2088 | M&T Bank | | 0.00 | 0.00 |
| Check | 11/29/2019 | 2284 | M&T Bank | | 0.00 | 0.00 |
| Check | 12/25/2019 | 2299 | M&T Bank | | 0.00 | 0.00 |
| Check | 01/26/2020 | 2075 ct | M&T Bank | | 0.00 | 0.00 |
| Check | 02/23/2020 | 2627 | M&T Bank | | 0.00 | 0.00 |
| Check | 03/31/2020 | 22432 | M&T Bank | | 0.00 | 0.00 |
| Check | 07/23/2020 | 23802 | M&T Bank | | 0.00 | 0.00 |
| Check | 08/28/2020 | 23972 | M&T Bank | | 0.00 | 0.00 |
| Check | 10/24/2020 | 24172 | M&T Bank | | 0.00 | 0.00 |
| Check | 11/30/2020 | 24302 | M&T Bank | | 0.00 | 0.00 |
| Check | 12/28/2020 | 24344 | M&T Bank | | 0.00 | 0.00 |
| Check | 01/26/2021 | 24435 | M&T Bank | | 0.00 | 0.00 |
| Check | 03/28/2021 | 24722 | M&T Bank | | 0.00 | 0.00 |
| Check | 04/25/2021 | 2483 | M&T Bank | | 0.00 | 0.00 |
| Check | 05/23/2021 | 24952 | M&T Bank | | 0.00 | 0.00 |
| Check | 06/23/2021 | 25032 | M&T Bank | | 0.00 | 0.00 |
| Check | 07/24/2021 | 25132 | M&T Bank | | 0.00 | 0.00 |
| Check | 08/25/2021 | 25175 | M&T Bank | | 0.00 | 0.00 |
| Check | 09/26/2021 | 25362 | M&T Bank | | 0.00 | 0.00 |
| Check | 09/26/2021 | 2536 | M&T Bank | | 0.00 | 0.00 |
| Check | 10/24/2021 | 25442 | M&T Bank | | 0.00 | 0.00 |
| Check | 11/27/2021 | 25542 | M&T Bank | | 0.00 | 0.00 |
| Check | 12/24/2021 | 25632 | M&T Bank | | 0.00 | 0.00 |
| Check | 01/25/2022 | 25675 | M&T Bank | | 0.00 | 0.00 |
| Check | 02/23/2022 | 25773 | M&T Bank | | 0.00 | 0.00 |
| Check | 03/26/2022 | 25902 | M&T Bank | | 0.00 | 0.00 |
| Check | 04/24/2022 | 26012 | M&T Bank | | 0.00 | 0.00 |
| Check | 05/25/2022 | 26122 | M&T Bank | | 0.00 | 0.00 |
| Check | 06/29/2022 | 26232 | M&T Bank | | 0.00 | 0.00 |
| Check | 07/24/2022 | 26322 | M&T Bank | | 0.00 | 0.00 |
| Check | 08/27/2022 | 26462 | M&T Bank | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | 0.00 | 0.00 |
| Register Balance as of 07/31/2026 | | | | | 0.00 | 64.39 |
| **Ending Balance** | | | | | **0.00** | **64.39** |

Go paperless. Scan the QR code to opt in to paperless statements.

T STATEMENT OF ACCOUNT

AV 01 005014 70851H 12 V**5DGT

WL PROPERTIES LLC
DIP CASE 26-20444 CT
982 JEROME AVE
BRISTOL CT 06010-0301

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jul 01 2026-Jul 31 2026 |
| Cust Ref #: | 4470131601-039-T-### |
| Primary Account #: | 447-0131601 |

Tax Account

4881

002405 1/1

## Chapter 11 Checking

WL PROPERTIES LLC
DIP CASE 26-20444 CT
982 JEROME AVE

Account # 447-0131601

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 122,981.68 | Average Collected Balance | 129,763.16 |
| Deposits | 73,585.66 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 153,202.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 43,365.34 | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

If you would like written communication in an alternative accessible format, please contact us at 1-866-610-8501 Ext 2030 or dial 711 for TTY, Mon-Fri 9-6 EST. We offer Large Print, Accessible PDF, Braille (uncontracted or contracted) or Audio CD.

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | DEPOSIT | 13,901.66 |
| 07/06 | DEPOSIT | 59,684.00 |
| | Subtotal: | 73,585.66 |

**Checks Paid** No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/21 | 201 | 153,202.00 |

Subtotal: 153,202.00

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 122,981.68 | 07/06 | 196,567.34 |
| 07/02 | 136,883.34 | 07/21 | 43,365.34 |

10:59 AM
08/18/26

# W/L Properties llc.
## Reconciliation Summary
### TD bank DIP Tax account, Period Ending 07/31/2026

| | | Jul 31, 26 |
|---|---|---|
| Beginning Balance | | 122,981.68 |
| Cleared Transactions | | |
| Checks and Payments - 2 items | -324,155.66 | |
| Deposits and Credits - 4 items | 244,539.32 | |
| Total Cleared Transactions | -79,616.34 | |
| Cleared Balance | | **43,365.34** |
| Register Balance as of 07/31/2026 | | 43,365.34 |
| New Transactions | | |
| Deposits and Credits - 1 item | 15,827.37 | |
| Total New Transactions | 15,827.37 | |
| Ending Balance | | **59,192.71** |

10:59 AM

08/18/26

# W/L Properties llc.
## Reconciliation Detail
### TD bank DIP Tax account, Period Ending 07/31/2026

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 122,981.68 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| General Journal | 07/20/2026 | JDB1... | The Goodine Law Fi... | X | -170,953.66 | -170,953.66 |
| Check | 07/20/2026 | 201 | Tax Collector City of... | X | -153,202.00 | -324,155.66 |
| Total Checks and Payments | | | | | -324,155.66 | -324,155.66 |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 07/01/2026 | | | X | 13,901.66 | 13,901.66 |
| Deposit | 07/06/2026 | | | X | 59,684.00 | 73,585.66 |
| Check | 07/20/2026 | 200 | The Goodine Law Fi... | X | 0.00 | 73,585.66 |
| General Journal | 07/21/2026 | JDB1... | The Goodine Law Fi... | X | 170,953.66 | 244,539.32 |
| Total Deposits and Credits | | | | | 244,539.32 | 244,539.32 |
| Total Cleared Transactions | | | | | -79,616.34 | -79,616.34 |
| Cleared Balance | | | | | -79,616.34 | 43,365.34 |
| Register Balance as of 07/31/2026 | | | | | -79,616.34 | 43,365.34 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 08/12/2026 | | | | 15,827.37 | 15,827.37 |
| Total Deposits and Credits | | | | | 15,827.37 | 15,827.37 |
| Total New Transactions | | | | | 15,827.37 | 15,827.37 |
| **Ending Balance** | | | | | **-63,788.97** | **59,192.71** |

TD

Go Paperless. Scan the QR code to opt in to paperless statements.

T STATEMENT OF ACCOUNT

AV 01 005015 70851H 12 V**5DGT

WL PROPERTIES LLC
DIP CASE 26-20444 CT
982 JEROME AVE
BRISTOL CT 06010-0301

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Jul 01 2026-Jul 31 2026 |
| Cust Ref #: | 4470131586-039-T-### |
| Primary Account #: | 447-0131586 |

Operating Acct.

002406 1/2

## Chapter 11 Checking

WL PROPERTIES LLC
DIP CASE 26-20444 CT

Account # 447-0131586

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 48,905.35 | Average Collected Balance | 27,327.97 |
| Deposits | 27,156.43 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 68,744.48 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 252.15 | Days in Period | 31 |
| Ending Balance | 7,065.15 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

If you would like written communication in an alternative accessible format, please contact us at 1-866-610-8501 Ext 2030 or dial 711 for TTY, Mon-Fri 9-6 EST. We offer Large Print, Accessible PDF, Braille (uncontracted or contracted) or Audio CD.

### DAILY ACCOUNT ACTIVITY

#### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | DEPOSIT | 9,157.17 |
| 07/09 | DEPOSIT | 15,827.37 |
| 07/15 | DEPOSIT | 2,171.89 |
| | Subtotal: | 27,156.43 |

#### Checks Paid

No. Checks: 8 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/01 | 161 | 496.18 | 07/21 | 166 | 8,726.20 |
| 07/10 | 163* | 50,000.00 | 07/21 | 167 | 4,722.00 |
| 07/13 | 164 | 2,120.00 | 07/28 | 169* | 2,120.00 |
| 07/23 | 165 | 320.00 | 07/31 | 170 | 240.10 |
| | | | | Subtotal: | 68,744.48 |

#### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/22 | CCD DEBIT, QUARTERLY FEE PAYMENT 0000 | 250.00 |
| 07/24 | DBCRD PUR AP, *****04040408894, AUT 072326 VISA DDA PUR AP<br>HARTFORD PARKING METERS HARTFORD * CT | 2.15 |
| | Subtotal: | 252.15 |

STATEMENT OF ACCOUNT

WL PROPERTIES LLC
DIP CASE 26-20444 CT

Page: 3 of 3
Statement Period: Jul 01 2026-Jul 31 2026
Cust Ref #: 4470131586-039-T-###
Primary Account #: 447-0131586

4880

002406 2/2

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 48,905.35 | 07/21 | 9,997.40 |
| 07/01 | 48,409.17 | 07/22 | 9,747.40 |
| 07/02 | 57,566.34 | 07/23 | 9,427.40 |
| 07/09 | 73,393.71 | 07/24 | 9,425.25 |
| 07/10 | 23,393.71 | 07/28 | 7,305.25 |
| 07/13 | 21,273.71 | 07/31 | 7,065.15 |
| 07/15 | 23,445.60 | | |

10:56 AM

08/18/26

# W/L Properties llc.
## Reconciliation Summary
### TD Bank DIP operating account, Period Ending 07/31/2026

| | | Jul 31, 26 |
|---|---|---|
| **Beginning Balance** | | 48,905.35 |
| **Cleared Transactions** | | |
| **Checks and Payments - 10 items** | -68,996.63 | |
| **Deposits and Credits - 3 items** | 27,156.43 | |
| **Total Cleared Transactions** | -41,840.20 | |
| **Cleared Balance** | | **7,065.15** |
| **Uncleared Transactions** | | |
| **Deposits and Credits - 4 items** | 0.00 | |
| **Total Uncleared Transactions** | 0.00 | |
| **Register Balance as of 07/31/2026** | | **7,065.15** |
| **New Transactions** | | |
| **Checks and Payments - 7 items** | -53,713.67 | |
| **Deposits and Credits - 3 items** | 84,944.72 | |
| **Total New Transactions** | 31,231.05 | |
| **Ending Balance** | | **38,296.20** |

10:56 AM

08/18/26

# W/L Properties llc.
## Reconciliation Detail
### TD Bank DIP operating account, Period Ending 07/31/2026

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 48,905.35 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 10 items** | | | | | | |
| Bill Pmt -Check | 06/27/2026 | 161 | Eversource | X | -496.18 | -496.18 |
| Check | 07/06/2026 | 163 | M&T Bank | X | -50,000.00 | -50,496.18 |
| Bill Pmt -Check | 07/12/2026 | 164 | J&S Propertie Mana... | X | -2,120.00 | -52,616.18 |
| Bill Pmt -Check | 07/12/2026 | 165 | Superior Sweeping | X | -320.00 | -52,936.18 |
| Bill Pmt -Check | 07/15/2026 | 166 | Pro Excavtion | X | -8,726.20 | -61,662.38 |
| Bill Pmt -Check | 07/15/2026 | 167 | Tracey Driscoll Insur... | X | -4,722.00 | -66,384.38 |
| Check | 07/20/2026 | 1646 | Office of the U.S. Tr... | X | -250.00 | -66,634.38 |
| Check | 07/24/2026 | 1724DC | Harford parking meter | X | -2.15 | -66,636.53 |
| Bill Pmt -Check | 07/28/2026 | 169 | J&S Propertie Mana... | X | -2,120.00 | -68,756.53 |
| Bill Pmt -Check | 07/28/2026 | 170 | Eversource | X | -240.10 | -68,996.63 |
| Total Checks and Payments | | | | | -68,996.63 | -68,996.63 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 07/01/2026 | | | X | 9,157.17 | 9,157.17 |
| Deposit | 07/09/2026 | | | X | 15,827.37 | 24,984.54 |
| Deposit | 07/15/2026 | | | X | 2,171.89 | 27,156.43 |
| Total Deposits and Credits | | | | | 27,156.43 | 27,156.43 |
| Total Cleared Transactions | | | | | -41,840.20 | -41,840.20 |
| Cleared Balance | | | | | -41,840.20 | 7,065.15 |
| **Uncleared Transactions** | | | | | | |
| **Deposits and Credits - 4 items** | | | | | | |
| Bill Pmt -Check | 06/12/2026 | 159 | Thomas P. Moriarty ... | | 0.00 | 0.00 |
| Bill Pmt -Check | 07/12/2026 | | Thomas P. Moriarty ... | | 0.00 | 0.00 |
| Bill Pmt -Check | 07/12/2026 | | Pro Excavtion | | 0.00 | 0.00 |
| Bill Pmt -Check | 07/12/2026 | | USA Mechanical & ... | | 0.00 | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | 0.00 | 0.00 |
| Register Balance as of 07/31/2026 | | | | | -41,840.20 | 7,065.15 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Check | 08/06/2026 | 171 | M&T Bank | | -50,000.00 | -50,000.00 |
| Bill Pmt -Check | 08/11/2026 | 173 | J&S Propertie Mana... | | -2,120.00 | -52,120.00 |
| Bill Pmt -Check | 08/11/2026 | 172 | Bristol Water Depart... | | -783.59 | -52,903.59 |
| Bill Pmt -Check | 08/11/2026 | 175 | Superior Sweeping | | -320.00 | -53,223.59 |
| Bill Pmt -Check | 08/11/2026 | 174 | The Greater Bristol ... | | -300.00 | -53,523.59 |
| Check | 08/14/2026 | 1722DC | Staples | | -100.16 | -53,623.75 |
| Check | 08/14/2026 | 1723DC | Post Master | | -89.92 | -53,713.67 |
| Total Checks and Payments | | | | | -53,713.67 | -53,713.67 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 08/03/2026 | | | | 9,157.17 | 9,157.17 |
| Deposit | 08/03/2026 | | | | 13,901.66 | 23,058.83 |
| Deposit | 08/05/2026 | | | | 61,885.89 | 84,944.72 |
| Total Deposits and Credits | | | | | 84,944.72 | 84,944.72 |
| Total New Transactions | | | | | 31,231.05 | 31,231.05 |
| **Ending Balance** | | | | | **-10,609.15** | **38,296.20** |